# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5066
_____

JOHN E. O'DONNELL,
individually and as Trustee of
the Diane Joy Milam Dennis
Revocable Trust,

    Petitioner,

    v.

NORTH FLORIDA LAND TRUST,
INC., a Florida Nonprofit
Corporation,

    Respondent.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

April 3, 2018

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

ROWE, RAY, and MAKAR, JJ., concur.

—————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————————


Edward J Fucillo of Fucillo Law Firm, P.L., Dunedin, for Petitioner.

Alan S. Wachs, Jacksonville; Bryan S. Gowdy of Creed & Gowdy, P.A., Jacksonville; Thomas A. Burns of Burns, P.A., Tampa, for Respondent.